James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. KAISER FAMILY FOUNDATION dba KAISER HEALTH NEWS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 3:19-cv-06130<br><br>**ANSWER** |

The Centers for Medicare and Medicaid Services (CMS) and the United States Department of Health and Human Services (HHS), through their undersigned counsel, answer the complaint filed by the Henry J. Kaiser Family Foundation in the above-captioned case as follows:

1. Admitted only that Plaintiff has submitted a Freedom of Information Act (FOIA) request for certain records related to Risk Adjustment Data Validation audits. Defendants refer the Court to the cited request for a full and accurate recitation of its contents.

2. Denied that the referenced records are being improperly withheld by Defendants. The remainder of this paragraph contains allegations unrelated to any legal claim or cause of action and on that basis is denied.

3. This paragraph describes a letter from several United States Senators. Defendants refer the Court to the cited letter for a full and accurate recitation of its contents.

4. Defendants lack knowledge or information sufficient to form a belief as to the allegation in the first sentence about why this action has been brought. As to the second sentence, it is admitted only that no responsive records have been produced to Plaintiff. The first and third sentences assert legal conclusions to which no response is required, but to the extent a response is deemed required, it is denied that the referenced records are being improperly withheld by Defendants.

5. This paragraph consists of statements of law, to which no response is required.

6. Admitted that many millions of Medicare beneficiaries receive their benefits through the Medicare Advantage program. The remainder of this paragraph consists of allegations of Plaintiff's intent, as to the truth of which Defendants lack knowledge or information sufficient to form a belief.

7. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8. Admitted only that CMS is a component of HHS. The first two sentences in this paragraph consist of legal conclusions, to which no response is required. The third sentence contains allegations of Plaintiff's knowledge and belief; Defendants lack knowledge or information sufficient to form a belief as to the truth of these allegations.

9. This paragraph asserts legal conclusions regarding jurisdiction, to which no response is required.

10. This paragraph asserts legal conclusions regarding venue, to which no response is required.

11. This paragraph asserts legal conclusions regarding assignment, to which no response is required.

12. Admitted that Defendants received the FOIA request attached as Exhibit A to the complaint. The remainder of this paragraph consists of a characterization of that request. Defendants refer the Court to the cited request for a full and accurate recitation of its contents.

13. This paragraph consists of a characterization of the FOIA request. Defendants refer the Court to the cited request for a full and accurate recitation of its contents.

14. Admitted that more than two months have passed since the submission of the FOIA request. The remainder of the paragraph consists of statements of law and legal conclusions, to which no response is required.

15. This paragraph consists of statements of law and legal conclusions, to which no response is required.

16. This paragraph consists of statements of law and legal conclusions, to which no response is required.

The remaining paragraph of the Complaint contains Plaintiff's requested relief, to which no response is required.

Defendant denies all allegations of the Complaint not otherwise specifically answered above.

**DEFENSES**

1. Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions of the Freedom of Information Act, 5 U.S.C. § 552.

Respectfully submitted this 29th day of November, 2019,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 /s/ James Bickford
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Defendants*