THOMAS R. BURKE (State Bar No. 141930)
JOHN D. FREED (State Bar No. 261518)
KELLY M. GORTON (State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com; jakefreed@dwt.com; kellygorton@dwt.com

*Attorneys for Plaintiff*
HENRY J. KAISER FAMILY FOUNDATION
dba KAISER HEALTH NEWS


James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. KAISER FAMILY FOUNDATION dba KAISER HEALTH NEWS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Case No. 3:19-cv-06130 <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> January 14, 2021, 10:00 am |

1    Pursuant to this Court's order of August 27, 2020, Plaintiff Kaiser Health News (KHN)

2  and Defendants the U.S. Centers for Medicare and Medicaid Services and U.S. Department of

3  Health and Human Services (collectively, CMS) jointly submit the following status report.

4    Since the last case management conference, KHN has agreed to deem several categories of

5  records to be non-responsive to its Freedom of Information Act (FOIA) request.  CMS has been

unable to craft search terms to accurately exclude these non-responsive categories of records, and has therefore been performing a manual review of the records returned by its earlier searches. This review revealed groups of essentially-identical records (for example, hundreds of copies of a single memo, addressed to different insurers) that could be coded as non-responsive in a batch, without further manual review. Other, unique records have required further manual review for responsiveness.

In a status report submitted to Magistrate Judge Tse, the parties jointly proposed the following schedule for further productions in this case:

1. No later than January 15, 2021, CMS will produce any non-exempt portions of ninety (90) spreadsheets that it has identified as containing draft audit results.

2. By February 15 and, if necessary, March 15, 2021, CMS will process batches of at least 500 pages of any responsive records, and produce any non-exempt information contained therein.

Based on its review of the records it has gathered, and given KHN's agreement to deem several categories of records to be non-responsive, CMS believes that the March production may be the final production to be made from the records it has gathered to date. By minute order issued on December 9, 2020, Magistrate Judge Tse accepted this production schedule and set a further status conference for March 26, 2021.

Respectfully submitted this 7th day of January, 2021,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John D. Freed*
THOMAS R. BURKE
JOHN D. FREED
KELLY M. GORTON
Attorneys for Plaintiff
HENRY J. KAISER FAMILY
FOUNDATION
dba KAISER HEALTH NEWS

and

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Defendants*