THOMAS R. BURKE (State Bar No. 141930)
JOHN D. FREED (State Bar No. 261518)
KELLY M. GORTON (State Bar No. 300978)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com; jakefreed@dwt.com; kellygorton@dwt.com

*Attorneys for Plaintiff*
HENRY J. KAISER FAMILY FOUNDATION
dba KAISER HEALTH NEWS

James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

HENRY J. KAISER FAMILY FOUNDATION dba KAISER HEALTH NEWS,

Plaintiff,

v.

U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendants.

Case No. 3:19-cv-06130

**JOINT CASE MANAGEMENT STATEMENT**

March 26, 2021, 2:00 pm

Pursuant to this Court's order of December 9, 2020, Plaintiff Kaiser Health News (KHN) and Defendants the U.S. Centers for Medicare and Medicaid Services and U.S. Department of Health and Human Services (collectively, CMS) jointly submit the following status report.

CMS has completed its production of responsive, non-exempt records in this Freedom of Information Act case, and KHN intends to challenge the adequacy of the agency's search and/or

the propriety of its withholdings under claim of exemption. The parties therefore seek the Court's leave to submit a proposed schedule for summary judgment briefing no later than April 2, 2021.

Respectfully submitted this 19th day of March, 2021,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John D. Freed*
THOMAS R. BURKE
JOHN D. FREED
KELLY M. GORTON
Attorneys for Plaintiff
HENRY J. KAISER FAMILY FOUNDATION
dba KAISER HEALTH NEWS

and

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Defendants*