Michael Drezner (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4505
Fax: (202) 616-8470
Michael.L.Drezner@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY J. KAISER FAMILY FOUNDATION dba KAISER HEALTH NEWS,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 3:19-cv-06130<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE SUMMARY JUDGMENT DEADLINES** |

Pursuant to United States District Court, Northern District of California Local Rules 6-2, 7-11, and 7-12, Plaintiff Kaiser Health News and Defendants U.S. Centers for Medicare and Medicaid Services and U.S. Department of Health and Human Services hereby file this Stipulation to vacate current deadlines for summary judgment briefing.

WHEREAS, Defendants' Motion for Summary Judgment is currently due on September 30, 2022 in this Freedom of Information Act ("FOIA") matter, *see* ECF No. 83;

WHEREAS, the parties previously extended summary judgment briefing deadlines to provide time for settlement discussions;

WHEREAS, the parties have made significant progress in identifying possible areas of compromise, and believe a final agreement is likely in the near future;

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that:

1. All current summary judgment briefing deadlines are vacated.
2. The parties will continue to file joint status reports with the Court every 30 days, updating the Court as to the status of the parties' discussions, with the next report due on October 27, 2022, if a stipulation of dismissal is not filed before then.

Date: September 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Deputy Principal Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 /s/ *Michael Drezner*
MICHAEL DREZNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-4505
Fax: (202) 616-8470
Michael.L.Drezner@usdoj.gov

*Counsel for Defendants*

DAVIS WRIGHT TREMAINE LLP
Thomas Burke
John D. Freed

By: */s/ John D. Freed*
John D. Freed
Davis Wright Tremaine LLP
505 Montgomery St., Ste. 800
San Francisco, CA 94111
Tel: (415) 276-6500
jakefreed@dwt.com

*Counsel for Plaintiff*

## [PROPOSED] ORDER APPROVING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                   Honorable Richard Seeborg
                                                   Chief United States District Judge